# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 23, 2015

### NO. 03-13-00385-CV

**Armando Salazar, Appellant**

**v.**

**Patricia Salazar, Appellee**

**APPEAL FROM 426TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
VACATED AND RENDERED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on March 15, 2013. Having reviewed the record and the parties' arguments, the Court holds that because the 2008 decree was a final judgment, the trial court lost plenary power to "set aside" the decree thirty days after it was signed. We therefore vacate the trial court's later decree, signed March 15, 2013, and render judgment that the "Final Decree of Divorce," signed July 9, 2008, was a final judgment. The appellee Patricia Salazar shall pay all costs relating to this appeal, both in this Court and the court below.